## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: March 10, 2023

Mr. Gregory A. Belzley
Belzley, Bathurst & Bentley
P.O. Box 278
Prospect, KY 40059

Re: Case No. 22-5407, *Julie Helphenstine v. Lewis County, KY, et al*
Originating Case No.: 0:18-cv-00093

Dear Mr. Belzley,

This is to advise that the court directs you to file a response to the petitions for rehearing en banc in the above case.

Your response, not to exceed 3900 words, must be filed not later than the close of business on Friday, **March 24, 2023**.

Please note that no extensions will be granted.

Sincerely yours,

s/Beverly L. Harris
En Banc Coordinator
Direct Dial No. 513-564-7077

cc: Mr. Jeffrey C. Mando
  Mr. Clayton Lee Robinson
  Ms. Courtney Soltis
  Mr. James Lee Thomerson