**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: April 18, 2023

Mr. Gregory A. Belzley
Belzley, Bathurst & Bentley
P.O. Box 278
Prospect, KY 40059

Mr. Jeffrey C. Mando
Adams Law
40 W. Pike Street
Covington, KY 41011

Mr. Clayton Lee Robinson
Ms. Courtney Soltis
Robinson & Havens
101 Prosperous Place, Suite 100
Lexington, KY 40509

Mr. James Lee Thomerson
Rose Grasch Camenisch Mains
326 S. Broadway
Lexington, KY 40508

Re: Case No. 22-5407, *Julie Helphenstine v. Lewis County, KY, et al*
Originating Case No. : 0:18-cv-00093

Dear Counsel,

Revisions were made to the order that issued earlier today in this case. The revisions appear on page 3 of the order and on pages 4 and 9 of Judge Readler's statement.

Attached is a copy of the revised order.

Yours very truly,

Deborah S. Hunt, Clerk

Cathryn Lovely
Deputy Clerk

cc:  Mr. Robert R. Carr

Enclosures