## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: April 26, 2023

Mr. Robert R. Carr
Eastern District of Kentucky at Ashland
1405 Greenup Avenue
Ashland, KY 41101-0000

Re: Case No. 22-5407, *Julie Helphenstine v. Lewis County, KY, et al*
Originating Case No. 0:18-cv-00093

Dear Mr. Carr:

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Patricia J. Elder, Senior Case Manager
for Leon Korotko, Case Manager

cc: Mr. Gregory A. Belzley
Mr. Jeffrey C. Mando
Mr. Clayton Lee Robinson
Ms. Courtney Soltis
Mr. James Lee Thomerson

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 22-5407

_____

Filed: April 26, 2023

JULIE HELPHENSTINE, Administratrix of the Estate of Christopher Dale Helphenstine and Guardian of B.D.H., the minor son of Christopher Dale Helphenstine

    Plaintiff - Appellant

v.

LEWIS COUNTY, KY; JEFF LYKINS, Individually; ANTHONY RUARK, Individually; ANDY LUCAS, Individually; BEN CARVER, Individually; AMANDA MCGINNIS, Individually; SANDY BLOOMFIELD, Individually; MARK RILEY, Individually; MELINDA MONROE, Individually; JEFFERY THOROUGHMAN, Individually; TOMMY VON LUHRTE, D.O., Individually; JOHNNY BIVENS, Individually; JOHN BYARD, Individually

    Defendants - Appellees

## MANDATE

Pursuant to the court's disposition that was filed 02/09/2023 the mandate for this case hereby issues today.

COSTS: None