# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

July 7, 2023

**RECEIVED JUL 13 2023 DEBORAH S. HUNT, Clerk**

Clerk
United States Court of Appeals for the Sixth
Circuit
540 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH 45202-3988

Re: Lewis County, Kentucky, et al.
v. Julie Helphenstine, Administratrix of the Estate of Christopher Dale Helphenstine and Guardian of B.D.H., the minor son of Christopher Dale Helphenstine
Application No. 23A13
(Your No. 22-5407)

Dear Clerk:

The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to Justice Kavanaugh, who on July 7, 2023, extended the time to and including September 15, 2023.

This letter has been sent to those designated on the attached notification list.

Sincerely,

**Scott S. Harris**, Clerk

by *[signature]*
Sara Simmons
Case Analyst

Case: 22-5407   Document: 42   Filed: 07/18/2023   Page: 2

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

NOTIFICATION LIST

Mr. R. Trent McCotter
Separation of Powers Clinic, Gray Center
3301 Fairfax Dr.
Arlington, VA 22201


Clerk
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH 45202-3988